# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 24, 2008

134859

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v                                                          SC: 134859
                                                           COA: 277727
                                                           Wayne CC: 02-008330-01
SPENCER HOGAN,
        Defendant-Appellant.

_____/

        On order of the Court, the application for leave to appeal the August 9, 2007 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



        I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 24, 2008

s0317

_____
                Clerk